# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Virtek Vision International ULC,<br><br>                Plaintiff,<br><br>v.<br><br>LAP Laser, LLC,<br><br>                Defendant. | Case No. 20-cv-2287<br><br>Hon. Edmund A. Sargus<br><br>Corporate Disclosure Statement |

## CORPORATE DISCLOSURE STATEMENT

      Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any nongovernmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Virtek Vision International ULC

1. Is said party a parent, subsidiary or other affiliate of a public owned corporation?

\_\_\_ YES  _X_  NO


2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

\_\_\_ YES  _X_  NO

Pursuant to Fed. R. Civ. P. 7.1, Virtek Vision International ULC makes the following disclosure:

American Industrial Partners is the parent company of Gerber Scientific Inc., which is turn is the parent corporation of Gerber Technology LLC, which is the parent corporation of Virtek Vision International ULC. No publicly held corporation owns 10% or more of any of these companies' stock.

Respectfully submitted,

By: */s/ Amy M. Johnston*
Amy M. Johnston (0073189)
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Ave., Suite 2500
Detroit, Michigan 48226
(313) 963-6420
johnston@millercanfield.com
*Attorneys for Plaintiff*

Dated: May 5, 2020

*Of Counsel:*

Jacob D. Koering
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
225 W. Washington Street, Suite 2600
Chicago, IL 60606
(312) 460-4200

Gregory D. DeGrazia
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 963-6420

35286556.6\157582-00073